ARIC CRAMER, #460
Attorney for Defendant
249 E Tabernacle St. Suite 102
St. George, UT 84770
Telephone: (435) 627-1565
Fax: (435) 214-2288
Email: ariccramer@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br>JORDAN MATTHEW LUCIA,<br>Defendant. | ORDER TO WITHDRAW AS COUNSEL<br><br><br><br><br><br>Case Number: 2:15-cr-00718-TS-1<br>Judge: Ted Stewart |

THIS COURT having reviewed the Motion to Withdraw as Counsel for Defendant, Jordan Matthew Lucia, and good cause appearing, IT IS HEREBY ORDERS that Aric Cramer be withdrawn as counsel in the above-captioned case.

Dated this 20th day of February, 2019.

BY THE COURT:

_____
Honorable Ted Stewart
United States District Judge