# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **EVARISTE KABURA**, <br><br> Petitioner, <br><br> vs. <br><br> **LAURA MCNEER**, Field Director, Salt Lake City Field Office, United States Citizenship and Immigration Services, et al., <br><br> Respondents. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO MR. KABURA'S MOTION FOR COSTS AND FEES** <br><br> Case No. 2:17-cv-881 <br><br> Judge Clark Waddoups |

Before the court is Defendants' Motion for Leave to File Amended Response to Plaintiff's Motion for Costs and Fees Under the Equal Access to Justice Act (ECF No. 69). For good cause shown, Defendants' Motion is **GRANTED**, and the court accepts Defendants' Amended Response to Plaintiff's Motion for Costs and Fees Under the Equal Access to Justice Act (ECF No. 69-1).

DATED this 27th day of July, 2020.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Judge